IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Crystal L. Dozier, individually, and as parent and guardian on behalf of NC, a minor,<br><br>                Plaintiff,<br><br>    vs.<br><br>Horry County School District, Nick Harris, Krysten Webster, and Mary Price (in her individual Capacities,<br><br>                Defendants, | C.A. No. 4:24-cv-01294-JD-TER<br><br><br>**DEFENDANTS IDENTIFICATION<br>OF EXPERT WITNESS** |

Defendants have retained and identify the following expert witness for use at trial and, in compliance with Rule 26(a)(2)(B) FRCP, have provided a written report to Plaintiffs' Counsel as of December 12, 2024:

>   Dr. Yadira Baez-Lockard, Psy.D
>   PsychoLegal Assessments, LLC
>   102 Commons Blvd. Ste. C
>   Piedmont, SC. 29673
>   (T) 864-520-8152
>   (F) 864-603-1237
>
>   psycholegalassessmentsllc.com

December 12, 2024

> S/ *Michael W. Battle*
> Michael W. Battle, Fed ID No. 1243
> BATTLE LAW FIRM, LLC
> P.O. Box 530
> 1121 Third Ave.
> Conway, SC 29528
> (843) 248-4321
>
> mbattle@battlelawsc.com